

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2014

No. 04-14-00302-CR

Arturo Neri **PRADO**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 4217
Honorable Stephen B. Ables, Judge Presiding

# O R D E R

On February 6, 2007, the trial court imposed on Arturo Neri Prado in open court a sentence of forty-three years confinement in the Texas Department of Criminal Justice—Institutional Division. On April 17, 2014, Appellant filed a "Motion for Belated Appeal," which we will construe as a notice of appeal, with this court.

We ORDER Appellant to SHOW CAUSE in writing within fifteen days of the date of this order why this appeal should not be dismissed for want of jurisdiction. If Appellant fails to show cause within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 43.2(f).

All other appellate deadlines in this matter are suspended until further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court